DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RODRIGO ALVAREZ ROCHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-301 JAM |
| Plaintiff, | |
| v. | ORDER FOR IMMEDIATE RELEASE |
| RODRIGO ALVAREZ ROCHA, | |
| Defendant. | |

On November 30, 2010, this matter came before the Court for sentencing. The Court imposed a sentence of time served.

Good cause appearing therefor,

IT IS ORDERED that Rodrigo Alvarez Rocha be released from federal custody in the above-captioned case immediately.

Dated: 11/30/2010

/s/ John A. Mendez
John A. Mendez
United States District Judge

1